FILED
JAN 0 4 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOT FOR PUBLIC VIEW

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Facebook, Inc., ) Case No.
1 Hacker Way, Menlo Park, CA 94025. )
) **'16 MJ 3896**
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the **Northern** District of **California**
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

see Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before **JAN. 3, 2017**
                                                             *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Andrew G. Schopler_____.
*(name)*

☐ The electronic communication service provider to whom this warrant is directed shall not notify any other person of the existence of this warrant until _____, absent further order of the Court, as the Court finds reason to believe that such notification will result in an adverse consequence as provided at 18 U.S.C. § 2705(b).

Date and time issued: **12/20/2016 @ 4:32 p.m.**      _____
                                                                   *Judge's signature*

City and state:    San Diego, California             Andrew G. Schopler, United States Magistrate Judge
                                                                   *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: '16MJ3896 | Date and time warrant executed: 29Dec16 /1058 via FedEx | Copy of warrant and inventory left with: Facebook |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

29Dec16 @ 10:25 → FedEx delivered warrant to "C. Chris" @ Facebook Security.

A subsequent return will be filed upon receipt of materials from Facebook ar

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03Jan17

*Executing Officer's Signature*

Amanda Hayes, Special Agent
*Printed name and title*

ANDREW G. SCHOPLER   1/3/2017
U.S. MAGISTRATE JUDGE
1/3/17

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Facebook username Stephanie.locker1 (http://www.facebook.com/stephanie.locker1) that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

## Particular Things to be Seized

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each username listed in Attachment A:

All activity logs for the account and all other documents showing the user's posts and other Facebook activities for the time period of July 1, 2014 to and including April 1, 2015, to include the following:

(a)   All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers for access to the Target Account, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)   All photographs and videos uploaded by that username and all photographs and videos uploaded by any user that have that user tagged in them;

1

(c) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; tags; and information about the user's access and use of Facebook applications;

(d) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(e) All "check ins" and other location information;

(f) All IP logs, including all records of the IP addresses that logged into the account;

(g) All information about the Facebook pages that the account is or was a "fan" of;

(h) All past and present lists of friends created by the account;

(i) All records of Facebook searches performed by the account;

(j) The types of service utilized by the user;

(k) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(l) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(m) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 1542 involving Stephanie LOCKER since July 1, 2014, including, for each username identified on Attachment A, information pertaining to the following matters:

(a) Steps taken in furtherance of the scheme to obtain fraudulent documentation that would facilitate Stephanie LOCKER's ability to travel with and adopt a baby and/or child from the Philippines.

(b) Evidence indicating how and when the Facebook account (Target Account) was accessed or used, to determine the chronological and geographic context

of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account (Target Account) owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID/username, including records that help reveal the whereabouts of such person(s).

    a. The identity of the person(s) who communicated with the Facebook account (Target Account) or Facebook username of Stephanie LOCKER about matters relating to her trip to the Philippines in or about October 2014 and her efforts to fraudulently take custody of a baby and/or child, including records that help reveal their whereabouts.

My Profile    Support    Locations    English    Search or tracking number    Subm

**FedEx.**    Shipping    Tracking    Manage    Learn    FedEx Office ®    Login

**IMPORTANT!**
FedEx is closely monitoring the winter storms across the country. Learn More

# FedEx ® Tracking

### 778050604231

Ship date:
**Wed 12/28/2016**

Actual delivery:
**Thu 12/29/2016 10:25 am**

Camp Pendleton, CA US

**Delivered**
Signed for by: C.CHRIS

MENLO PARK, CA US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 12/29/2016 - Thursday | | |
| 10:25 am | Delivered | MENLO PARK, CA |
| 8:00 am | On FedEx vehicle for delivery | MENLO PARK, CA |
| 7:13 am | At local FedEx facility | MENLO PARK, CA |
| 3:45 am | At destination sort facility | SAN FRANCISCO, CA |
| 3:05 am | Departed FedEx location | OAKLAND, CA |
| 12/28/2016 - Wednesday | | |
| 9:34 pm | Arrived at FedEx location | OAKLAND, CA |
| 5:47 pm | Left FedEx origin facility | SAN DIEGO, CA |
| 10:56 am | Picked up | SAN DIEGO, CA |
| 12/27/2016 - Tuesday | | |
| 3:58 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 778050604231 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Shipping/Receiving |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | DOCS FROM MWMM |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday |
| Standard transit | 12/29/2016 by 3:00 pm | | |

**FedEx.**

Search or tracking number    Subm

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx SupplyChain

**Follow FedEx**

Ask FedEx

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



**Naval Criminal Investigative Service**
Marine Corps Air Station Miramar

**Amanda L. Hawes**
Special Agent

Bldg. 7208 Gonsalvez Ave.
San Diego, CA 92145

Office: (858) 577-6427
Cell: (760) 490-7489
Amanda.hawes@ncis.navy.mil