NOT FOR PUBLIC VIEW

FILED

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

MAR 0 9 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                                    ) Case No.
Facebook, Inc., )
1 Hacker Way, Menlo Park, CA 94025. )
)
)
)
)

'16 MJ 3896

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern _____ District of California _____
*(identify the person or describe the property to be searched and give its location):*

see Attachment A.

    The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

see Attachment B.

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    JAN. 3, 2017
                                                                                       *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Andrew G. Schopler _____ .
                        *(name)*

☐ The electronic communication service provider to whom this warrant is directed shall not notify any other person of the existence of this warrant until _____ , absent further order of the Court, as the Court finds reason to believe that such notification will result in an adverse consequence as provided at 18 U.S.C. § 2705(b).

Date and time issued:    12/20/2016 @ 4:32 p.m.      _____
                                                                             *Judge's signature*

City and state:      San Diego, California          Andrew G. Schopler, United States Magistrate Judge
                                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 16MJ3896 | Date and time warrant executed: 16Feb17 / 0621 | Copy of warrant and inventory left with: Facebook via email |
| Inventory made in the presence of : SA. Brian Walker, NCIS | | |

Inventory of the property taken and name of any person(s) seized:

Received Facebook account data ICO Stephanie Jean LOCKER
10,200 pages received on 16Feb17 (account name: stephanie.locker1)

Facebook business records including:
IP addresses
applications
connections
notification settings
blocked members
groups
events
feriends & feriend requests
mini feed
wall posts
activity log
status updates
~~connections~~ AH privacy settings
messages

FROM the time period of 01Jul14 - 01Apr15

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 17Feb17

*Executing Officer's Signature*

Amanda Haves, Special Agent
*Printed name and title*

ANDREW G. SCHOPLER   2/17/17     AGS 2/17/2017
U.S. MAGISTRATE JUDGE